IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02093-WYD-BNB

IGNACIO RAY RAEL,

    Plaintiff,

v.

McLAUGHLIN (Officer),
SHAWN MURPHY (Case Manager),
LLOYD (Nurse Practitioner),
KATHLEEN BOYD (Nurse) (12547),
MIKE AURITI (Officer) (1305),
JACOPS (Officer),
MARQUEZ (Sergeant),
MARTINEZ, Sergeant,
BRENDA GONZALEZ (Sergeant),
DEBORAH MOORE (Nurse) (11251), and
L. PAYNE (Case Manager) (8762),

    Defendants.

---

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

THIS MATTER is before the Court in connection with the Recommendation of United States Magistrate Judge and Order filed March 1, 2013.  Magistrate Judge Boland recommends therein that this action be dismissed as to Defendant McLaughlin, and orders that Plaintiff's Motion for Service and Summons be denied.

As to the recommendation, Magistrate Judge Boland notes that the Department of Corrections ("DOC") had acknowledged and waived service for all Defendants except McLaughlin.  While the DOC provided a forwarding address for McLaughlin, the United

States Marshal Service was unable to serve McLaughlin at that address. (*See* Process Receipt and Return, ECF No. 25.)

On December 17, 2012, Plaintiff filed a motion asking that the court issue an immediate order for service and summons of the complaint to McLaughlin. That motion was denied by Magistrate Judge Boland in an Order to Show Cause filed January 28, 2013, ECF No. 39. He noted in the Order that Plaintiff is responsible for providing the correct address for the Defendant, not the Clerk of the Court or the United States Marshal Service. He also ordered Plaintiff to show cause in writing by February 25, 2013, why the Complaint should not be dismissed against McLaughlin for failure to prosecute. If no such showing was made, Magistrate Judge Boland stated the action would be dismissed without prejudice against McLaughlin for failure to prosecute.

In response to the Order to Show Cause, on February 4, 2013, Plaintiff resubmitted the Motion for Service and Summons he filed on December 17, 2012. (ECF No. 40). That motion was denied by Magistrate Judge Boland, and he found in his Recommendation and Order that Plaintiff failed to show cause why the Complaint should not be dismissed as to McLaughlin. (Recommendation at 3.)

Magistrate Judge Boland advised the parties that specific written objections were due within fourteen (14) days after service of the Recommendation. (Recommendation at 3 n. 1.) Despite this advisement, no objections were filed. No objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not

appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1]  See Fed. R. Civ. P. 72(b) Advisory Committee Notes.

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record. I agree with Magistrate Judge Boland that Plaintiff failed to effectuate service on Defendant McLaughlin and failed to show cause as ordered by the Magistrate Judge as to why the case should not be dismissed against McLaughlin for failure to prosecute. Accordingly, I find that dismissal of Defendant McLaughlin is appropriate pursuant to D.C.COLO.LCivR 41.1. It is therefore

ORDERED that the Recommendation of United States Magistrate Judge dated March 1, 2013, is **AFFIRMED and ADOPTED**. In accordance therewith, it is

ORDERED that Defendant McLaughlin is **DISMISSED WITHOUT PREJUDICE** from this action, and shall hereafter be taken off the caption.

Dated:  March 21, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge

---

[1] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review, Fed. R. Civ. P. 72(b).