IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02093-WYD-NYW

IGNACIO RAY RAEL,

    Plaintiff,

v.

SHAWN MURPHY (Case Manager),
LLOYD (Nurse Practitioner),
KATHLEEN BOYD (Nurse) (12547),
MIKE AURITI (Officer) (1305),
JACOPS (Officer),
MARQUEZ (Sergeant),
MARTINEZ, Sergeant,
BRENDA GONZALEZ (Sergeant),
DEBORAH MOORE (Nurse) (11251), and
L. PAYNE (Case Manager) (8762),

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court in connection with a review of the file. This case was originally commenced on August 8, 2012. On March 21, 2013, an Order was entered dismissing Defendant McLaughlin from the case without prejudice for failure to effect service in accordance with the Recommendation of United States Magistrate Judge and Order filed March 1, 2013. A Motion to Dismiss was filed by the other Defendants in December 2012 (ECF No. 31), and Plaintiff never responded to that motion.

On January 15, 2016, Magistrate Judge Wang issued an Order to Show Cause. She noted Plaintiff's lack of response to the motion to dismiss and the fact that the case has been pending for over three years with no progress. Accordingly, Magistrate Judge Wang ordered Plaintiff to show cause in writing by February 16, 2016, as to why this case should not be dismissed pursuant to D.C.COLO.LCivR 41.1 for lack of prosecution. The Order to Show Cause advised Plaintiff that the failure to provide a sufficient response to discharge the Order to Show Cause may lead to a recommendation of dismissal by the magistrate judge or an order of dismissal by me.

On February 12, 2016, Plaintiff filed a document entitled "Showing Cause" (ECF No. 47). The only issue Plaintiff addressed therein is the passing reference by Magistrate Judge Wang in footnote 1 of the Order to Show Cause that Defendants had indicated that Defendant Jacops was actually "Jacobs" and her statement that the caption may need to be corrected to reflect that. In response to this, Plaintiff indicated why he had been under the impression that Jacobs was spelled with a "p". This issue is, however, immaterial to the issue of why Plaintiff has not prosecuted this case for over three years.

I find that Plaintiff has not shown cause why this case should not be dismissed for failure to prosecute; indeed, he did not even address that issue. Plaintiff also did not address his failure to respond to Defendants' Motion to Dismiss. Accordingly, I find that Plaintiff did not provide a sufficient response to the Order to Show Cause, and that this case should be dismissed without prejudice for failure to prosecute pursuant to

D.C.COLO.LCivR 41.1.  I further find that this dismissal should be without prejudice.

Accordingly, it is

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE** for faiure to

prosecute pursuant to D.C.COLO.LCivR 41.1

Dated:  March 31, 2016.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge