IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02093-WYD-NYW

IGNACIO RAY RAEL,

      Plaintiff,

v.

McLAUGHLIN (Officer),
SHAWN MURPHY (Case Manager),
LLOYD (Nurse Practitioner),
KATHLEEN BOYD (Nurse) (12547),
MIKE AURITI (Officer) (1305),
JACOPS (Officer),
MARQUEZ (Sergeant),
MARTINEZ, Sergeant,
BRENDA GONZALEZ (Sergeant),
DEBORAH MOORE (Nurse) (11251), and
L. PAYNE (Case Manager) (8762),

      Defendants.

---

## FINAL JUDGMENT

---

      Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming and Adopting Recommendation of United States Magistrate Judge, filed on March 21, 2013, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

      ORDERED that the Recommendation of United States Magistrate Judge dated March 1, 2013, is **AFFIRMED and ADOPTED.**  It is further

      ORDERED that Defendant McLaughlin is **DISMISSED WITHOUT PREJUDICE** from this action, and shall hereafter be taken off the caption.  It is further

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order of Dismissal, filed on March 31, 2016, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants, Shawn Murphy (Case Manager), Lloyd (Nurse Practitioner), Kathleen Boyd (Nurse) (12547), Mike Auriti (Officer) (1305), Jacops (Officer), Marquez (Sergeant), Martinez, Sergeant, Brenda Gonzalez (Sergeant), Deborah Moore (Nurse) (11251), and L. Payne (Case Manager) (8762), and against Plaintiff, Ignacio Ray Rael.  It is further

ORDERED that plaintiff's complaint and action are dismissed without prejudice for failure to prosecute.  It is further

ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this <u>31st</u> day of March, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


*/s/ Robert R. Keech*

Robert R. Keech,
Deputy Clerk